**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

THOMASINA OWENS, : No. 510 MAL 2018
:
Petitioner :
:
: Petition for Allowance of Appeal from
: the Order of the Commonwealth Court
v. :
:
:
WORKERS' COMPENSATION APPEAL :
BOARD (ELWOOD STAFFING :
SERVICES INC.), :
:
Respondents :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 30th day of January, 2019, the Petition for Allowance of Appeal is

**DENIED**.